United States District Court
Southern District of Texas
**ENTERED**
March 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Mitchell Bacon, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-25-0844 |
| § | |
| McCarthy, Burgess & Wolff, Inc., § | |
| § | |
| Defendant. § | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. __June 27, 2025__   MOTIONS TO AMEND THE PLEADINGS

2. __June 27, 2025__   MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. _____   MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. __July 18, 2025__   Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

5. __August 22, 2025__   Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B). Attorney's fee experts and reports may be included in the Joint Pretrial Order.

6.  <u>December 19, 2025</u>   <u>COMPLETION OF DISCOVERY</u>  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7.  _____   <u>LIMITS ON DISCOVERY</u>
    _____
    _____.

8.  <u>  Required  </u>   <u>MEDIATION</u> or <u>SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE</u>  Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.

9.  <u>See paragraph 8.</u>   <u>DISPOSITIVE MOTIONS</u>

10. <u>February 6, 2026</u>   <u>ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE</u>

11. <u>  March 6, 2026  </u>   <u>JOINT PRETRIAL ORDER</u>  Plaintiff is responsible for timely filing the <u>complete joint</u> pretrial order. The court will not accept separate versions of the pretrial order.

12. <u>  March 13, 2026  </u>   <u>DOCKET CALL</u>   No instrument filed within
    2:30 P.M.            three days of docket call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

<u>      March 26, 2025      </u>      _____
        DATE                             SIM LAKE
                              SENIOR UNITED STATES DISTRICT JUDGE