UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MITCHELL BACON<br>    *PLAINTIFF*<br><br>v.<br><br>MCCARTHY, BURGESS & WOLFF, INC.<br>    *DEFENDANTS* | CIV. ACTION NO. 4:25-CV-00844 |

PLAINTIFF'S NOTICE AND STIPULATION OF <u>DISMISSAL</u> OF ALL CLAIMS AND ALL PARTIES

1. Plaintiff Mitchell Bacon, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant McCarthy, Burgess & Wolff, Inc. with prejudice.

2. Plaintiff is dismissing this action as a settlement has occurred with all related parties and there is no longer a basis for relief against McCarthy, Burgess & Wolff, Inc. at this time as the injury to plaintiff has been settled and all parties are being dismissed.

3. All settling parties are ready to stipulate to dismissal of the

case pursuant to Fed.R.Civ.P.41(a)(1)(A)(ii), and further, the parties hereby stipulate to dismissal with prejudice with each party to pay his or its own attorney's fees and costs and requests that a judgment of dismissal with prejudice be entered in the above entitled action.

Respectfully Submitted,

_____
Amy Beth Clark
Texas Bar No. 24043761
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, Texas 77494
Ph: 833-663-3289
amy@cimentlawfirm.com

   /s/ Cooper M. Walker
Cooper M Walker
Texas Bar No. 24098567
Frost Echols
18383 Preston Road
Suite 350
Dallas, Texas 75252
Ph: 817-290-4357
Cooper.Walker@FrostEchols.com