United States District Court
Southern District of Texas
**ENTERED**
June 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Mitchell Bacon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-844 |
| | § | |
| McCarthy, Burgess & Wolff, Inc., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On June 18, 2025, Plaintiff, Mitchell Bacon, filed a Notice and Stipulation of Dismissal of all Claims and all Parties (docket no. 8) stipulating to the dismissal of this action against Defendant, McCarthy, Burgess & Wolff, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this Court accepts the Notice and Stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 20th day of June, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE